Todd M. Friedman, Esq. (216752)
Darin Shaw, Esq. (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr., #415
Beverly Hills, CA 90211
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@AttorneysForConsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RUBEN ORTEGA,** | Case No. 3:11-cv-01116-MMA -JMA |
| Plaintiff, | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |
| **VALENTINE & KEBARTAS** | |
| Defendant. | |

**NOTICE IS HEREBY GIVEN** that Plaintiff, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses the entire case with prejudice. Defendant has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice and without an Order of the Court.

RESPECTFULLY SUBMITTED this 27th day of July, 2011.

By:   s/Todd M. Friedman
      Todd M. Friedman, Esq.
      Law Offices of Todd M. Friedman, P.C.
      Attorney for Plaintiff

Notice of Dismissal - 1

1  Filed electronically on this 27th day of July, 2011, with:

2
3  United States District Court CM/ECF system

4  And hereby served upon all parties

5  Notification sent on this 27th day of July, 2011, via the ECF system to:
6

7  Honorable Michael M. Anello
   Judge of the United States District Court
8  Central District of California

9
10 Copy sent via mail on this 27th day of July, 2011, to:

11 Valentine & Kebartas, Inc.
   Attn: Legal Dept.
12 15 Union St.
13 Lawrence, MA 01840

14

15
   By: s/Todd M. Friedman
16       Todd M. Friedman

17
18
19
20
21
22
23
24
25
26
27
28